UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN DOOLITTLE | CIVIL ACTION NO. 07-712-P |
| VERSUS | JUDGE HICKS |
| KURT J. GOINS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 10th day of December, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE